Case 2:14-cv-00961-WHW-CLW  Document 5  Filed 03/21/14  Page 1 of 4 PageID: 135
MAR-19-2014  11:55  RECON  248 5403622  P.02
Case 2:14-cv-00961-WHW-CLW  Document 3  Filed 02/20/14  Page 1 of 2 PageID: 132

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUPER 8 WORLDWIDE, INC.,**
*Plaintiff*

V.

**JJC CORPORATION, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **2:14-CV-00961-WHW-CLW**

TO: *(Name and address of Defendant):*

# JJC CORPORATION

C/o Rajendra-Patel
1705 Timber Ridge Ct.
Virginia Beach VA 23455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**Ellen McMurray**

(By) DEPUTY CLERK



ISSUED ON 2014-02-20 14:44:06.0, Clerk
USDC NJD

Case 2:14-cv-00961-WHW-CLW   Document 5   Filed 03/21/14   Page 2 of 4 PageID: 136
MAR-19-2014  11:55        RECON                              248 5403622    P.03
Case 2:14-cv-00961-WHW-CLW   Document 3   Filed 02/20/14   Page 2 of 2 PageID: 133

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/17/14 @ 9:00 am |
| NAME OF SERVER (PRINT) Melissa Pulling | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: JC Corporation at 1705 Timber Ridge Ct, Va Beach, VA   served Rajendra Patel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Rajendra Patel

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3·17·14
Date

Signature of Server

Server, Inc.
Address of Server

3420 Pump Rd #114
Henrico, VA 23233

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUPER 8 WORLDWIDE, INC.,**
*Plaintiff*

V.                                    **SUMMONS IN A CIVIL CASE**

**JJC CORPORATION, ET AL.,**
*Defendant*

                                      CASE NUMBER: **2:14-CV-00961-WHW-CLW**


TO: *(Name and address of Defendant):*

Rajendra Patel
1705 Timber Ridge ct.
Virginia Beach  VA  23455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**WILLIAM T. WALSH**
_____
CLERK


**Ellen McMurray**
_____
(By) DEPUTY CLERK



ISSUED ON **2014-02-20 14:44:06.0**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3/17/14 @ 9:00 am |
|---|---|
| NAME OF SERVER *(PRINT)* Melissa Tulline | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Rajendra Patel
@ 1705 Timber Ridge Ct. Va Beach, VA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify) : _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3·17·14
                Date

Signature of Server

Servoe Inc.
Address of Server
3420 Pump Rd #114
Henrico, VA 23233